# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 25-60263   Roberts v. KJ Win
                  USDC No. 3:23-CV-2999

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Scott Timothy Ellzey
Mr. Drury Sumner Holland
Mr. Arthur S. Johnston III
Mr. John Patrick McMackin
Ms. Courtney P. Wilson